IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| HARLEY WAYNE PRITCHETT, | ) |
| Plaintiff, | ) |
| v. | ) CV 01-J-1401-J |
| MR. MARK TIREY, SHERIFF, et.al., | ) |
| Defendants. | ) |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on November 9, 2001, recommending that the plaintiff's claims be dismissed in part. Specifically, the magistrate judge recommended: (1) that plaintiff's claims against Sheriff Mark Tirey and Dr. Cummings be dismissed for failure to state a claim upon which relief may be granted; and (2) that plaintiff's cruel and unusual punishment claim against defendant Trent McCluskey be referred to the magistrate judge for further proceedings. Plaintiff filed objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**.

As such, plaintiff's claims against Sheriff Mark Tirey and Dr. Cummings are due to be dismissed for failure to state a claim upon which relief may be granted; and (2) plaintiff's claim against defendant Trent McCluskey is due to be referred to the magistrate judge for further proceedings.

An appropriate order will be entered.

**DONE** this the 10 day of December, 2001.

INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE