IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

HARLEY WAYNE PRITCHETT, )
)
    Plaintiff, )
)
v. ) CV 01-J-1401-J
)
)
MR. TRENT McCLUSKEY, )
)
    Defendant. )

## MEMORANDUM OF OPINION

    The magistrate judge filed a report and recommendation on May 29, 2002, recommending that defendant McCluskey's motion for summary judgment be granted. Specifically, the magistrate judge recommended the cruel and unusual punishment claims against defendant Trent McCluskey be dismissed without prejudice because of plaintiff's failure to exhaust administrative remedies available to him. The magistrate judge further recommended that plaintiff's request for preliminary injunctive relief in regard to his access to legal materials be denied. The parties were allowed fifteen (15) days in which to file written objections to the magistrate judge's recommendations. On June 28, 2002, the plaintiff filed objections. (Document # 45).

    Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is due to be ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact with regard to plaintiff's cruel and unusual punishment claims against defendant McCluskey. Accordingly, defendant McCluskey is entitled to judgment as a matter of law

and his motion for summary judgment (Document #25) is due to be GRANTED. The Court also determines that plaintiff's request for injunctive relief (Document #28) regarding access to legal materials is due to be DENIED because he lacks standing to pursue same. Said request is also MOOT as plaintiff is no longer incarcerated at the Marshall County Jail.

An appropriate order will be entered.

DONE this the __18__ day of __July__, 2002.

```
                                    _____
                                        INGE P. JOHNSON
                                    UNITED STATES DISTRICT JUDGE
```